# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST,<br><br>    Plaintiffs, | CASE NO. CV 11-09695 SJO (JCx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

|   |   |
|---|---|
| v. | ) |
| MERCURY STEEL & PLACING, INC., | ) ) ) ) |
| Defendant. | ) ) ) |

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on July 20, 2012, has been considered upon GOOD CAUSE APPEARING, it is ordered that:

Judgment Creditors, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, shall have a Renewal of Judgment against Judgment Debtor MERCURY STEEL & PLACING, INC.

Renewal of money judgment against MERCURY STEEL & PLACING, INC.:

| | | |
|---|---|---|
| a. | Total Judgment | $109,479.17 |
| b. | Costs after Judgment | $0.00 |
| c. | Subtotal (a. and b.) | $109,479.17 |
| d. | Credits after Judgment | $10,000 |

| | | | |
|---|---|---|---|
| e. | Subtotal (d. from c.) | | $99,479.17 |
| f. | Interest after Judgment computed from July 20, 2012 to July 14, 2022 at 0.20% accruing at $.54 per day | | $2,410.39 |
| g. | Fee for filing renewal application | | $0.00 |
| h. | Total renewed Judgment (e., f., and g.) | | $101,889.56 |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: July 19, 2022          Clerk, by  *Sharon Hall Brown* , Deputy

KIRY K. GRAY, CLERK
U.S. DISTRICT COURT